STATE OF NEW JERSEY v. REUBEN ROBINSON.

July 2, 1982.

Petition for certification denied.

JEANNE DEMYAN v. OMEGA TRUCKING COMPANY.

July 2, 1982.

Petition for certification denied.

SIDNEY SILLER v. HARTZ MOUNTAIN ASSOCIATES.

July 2, 1982.

Petition for certification granted.   (See 184 *N.J.Super.* 442)

TWIN OAKS NURSING CENTER, INC. v. NEW JERSEY
DEPARTMENT OF HUMAN SERVICES.

July 2, 1982.

Petition for certification denied.